No. 11–10161.  IN RE DAVIS;
No. 11–10706.  IN RE STOUFFER; and
No. 12–5368.  IN RE HAWK.  Petitions for writs of mandamus and/or prohibition denied.

No. 11–10053.  IN RE OWEN.  Petition for writ of prohibition denied.

No. 11–10170.  IN RE DEL RIO.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of prohibition dismissed.  See this Court's Rule 39.8.  As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) (*per curiam*).

No. 11–994.  MISSOURI ASSOCIATION OF CLUB EXECUTIVES ET AL. *v.* KOSTER, ATTORNEY GENERAL OF MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 11–1047.  STRONG *v.* COMMUNITY STATE BANK ET AL. C. A. 11th Cir.  Certiorari denied.

No. 11–1080.  MANGONE *v.* WONG.  C. A. 2d Cir.  Certiorari denied.

No. 11–1170.  AMLONG & AMLONG, P. A., ET AL. *v.* DENNY'S, INC., ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–1187.  BOSAMIA ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 5th Cir.  Certiorari denied.

No. 11–1188.  ROSSUM *v.* PATRICK, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–1197.  HADDEN *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.